# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHEILA S. BEAL**                                                    **PLAINTIFF**

v.                       No. 4:24-cv-750-DPM

**ARKANSAS BUREAU OF LEGISLATIVE
RESEARCH**                                                            **DEFENDANT**

## ORDER

It's been more than ninety days since Beal filed her complaint. No answer or Rule 12 motion has been filed. Summons issued; but the docket is silent about service. Beal must file proof of service, or move to reopen and extend the service period for good cause shown, by 18 December 2024. Fed. R. Civ. P. 4(m). If she doesn't, the Court will dismiss her complaint without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 December 2024